HURD, BY NEXT FRIEND, DAVIS *v.* BALL ET AL.

[No. 18,846. Filed June 19, 1957. Rehearing denied September 9, 1957. Transfer denied March 3, 1958.]

*Joseph B. Davis, David W. Jones,* both of Muncie, and *Charles B. Salyer,* of Anderson, for appellants.

*Warner, Clark & Warner, Bracken De Fur, Voran & Hanley* and *Marshall E. Hanley,* all of Muncie, for appellees.

PER CURIAM.—Upon examination of appellant's petition to transfer, we find no cause to grant the petition. However, "Denial of a petition to transfer does not indicate our approval of all language of the opinion under consideration." *Fardy* v. *Mayerstein* (1943), 221 Ind. 339, 347, 47 N. E. 2d 315. We believe the essential reasoning of the opinion is correct and a transfer would not bring a different result.

Transfer denied.

NOTE.—Reported in 148 N. E. 2d 194.